UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOS PARRA, individually and on behalf of others similarly situated,<br>    *Plaintiff*,<br><br>-against-<br><br>42-15 235TH STREET HOSPITALITY LLC d/b/a SOUTHERN HOSPITALITY BBQ), SHNY RESTAURANT GROUP LLC. (d/b/a SOUTHERN HOSPITALITY BBQ), and EYTAN SUGARMAN<br>    *Defendants*. | Case No. 16-cv-8079 (RWS)(KNF)<br><br>**NOTICE OF APPEARANCE** |

To:   The Clerk of This Court and All Parties of Record

PLEASE ENTER THE APPEARANCE of the undersigned in this action on behalf of plaintiff.  I am duly admitted to practice in this court.

Dated:  New York, New York
        November 5, 2016

Respectfully submitted,

_____
Gerrald A. Ellis, Esq. [GE-7913]
MICHAEL FAILLACE & ASSOCIATES, P.C.
One Grand Central Place
60 East 42nd Street, Suite 2540
New York, New York 10165
Tel:  (212) 317-1200
Fax:  (212) 317-1620
Email:  gerrald@faillacelaw.com