## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 1:16-cv-08079-RWS                                   Purchased/Filed: October 17, 2016

STATE OF NEW YORK        UNITED STATES DISTRICT COURT                      SOUTHERN DISTRICT

---

*CARLOS PARRA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED*    Plaintiff

against

*42-15 235TH STREET HOSPITALITY LLC D/B/A SOUTHERN HOSPITALITY BBQ, ET AL*    Defendant

---

STATE OF NEW YORK  } SS.:
COUNTY OF ALBANY

____James Perone____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ____November 8, 2016____, at ____11:45am____, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

SUMMONS IN A CIVIL ACTION AND COMPLAINT

on ____SHNY RESTAURANT GROUP LLC D/B/A SOUTHERN HOSPITALITY BBQ____, the Defendant in this action, by delivering to and leaving with ____Sue Zouky____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York. __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section __303 Limited Liability Company Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: __55__  Approx. Wt: __125lbs__  Approx. Ht: __5'1__
Color of skin: __White__  Hair color: __Red/Blonde__  Sex: __Female__  Other: _____

Sworn to before me on this
__8th__ day of __November, 2016__

SCOTT SCHUSTER
NOTARY PUBLIC, State of New York
NO. 01SC6308636, Albany County
Commission Expires July 28, 2018

*James Perone*
Attny's File No.
Invoice•Work Order # SP1614751

**Servico, Inc. - PO Box 871 - Albany, New York 12201 - Ph 518-463-4179**