# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

| | |
|---|---|
| 60 East 42nd Street, Suite 2540 | Telephone: (212) 317-1200 |
| New York, New York 10165 | Facsimile: (212) 317-1620 |
| msantos@faillacelaw.com | |

April 26, 2017

BY ECF
Honorable Robert W. Sweet
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

   Re: Carlos Parra v. 42-15 235th Street Hospitality LLC, et al.
      Index No. 16-cv-8079 (RWS)

Your Honor:

  We represent Plaintiffs in the above-referenced matter. I write, with Defendants' consent, to respectfully request an extension of discovery which is set to be close by April 27, 2017. This is our first request for an extension of this deadline.

  The parties have been coordinating and exchanging discovery, while also working diligently to explore the possibility of settlement. Counsel are in the process of discussing with our clients whether mediation would be helpful in this matter.

  Additionally, I am taking over this case from Mr. Gerrald Ellis, who left the firm very recently. I would appreciate the additional time in order to acquaint myself with our client and the progress which has been made in this case.

  We therefore respectfully request 46 days, until June 12, 2017, in order to complete paper discovery. We also therefore request that the proposed pretrial order be due July 12, 2017. This is the parties' first request for an extension of these deadlines.

  We thank the Court for its attention to this matter.

                Respectfully Submitted,

                __/s/*Marisol Santos*__
                Marisol Santos

cc: (By ECF)
Douglas Evan Rowe, Esq.
Elizabeth Erin Schlissel, Esq.
*Attorneys for Defendants*