# CERTILMAN BALIN

90 MERRICK AVENUE, 9TH FLOOR
EAST MEADOW, NY 11554
PHONE: 516.296.7000 • FAX: 516.296.7111
www.certilmanbalin.com

ELIZABETH E. SCHLISSEL
ASSOCIATE
DIRECT DIAL 516.296.7081
eschlissel@certilmanbalin.com



RECEIVED JUN 1 2 2017 JUDGE SWEET CHAMBERS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/17

June 6, 2017

**VIA ECF**
Honorable Robert W. Sweet
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

    **Re:**    Carlos Parra v. 42-15 235th Street Hospitality LLC, et al.
            S.D.N.Y 16-cv-8079 (RWS)

Dear Hon. Sweet:

    This firm represents Defendants in the above-referenced matter. I write, with the consent of Plaintiff, to request that this matter be referred to the Southern District's Mediation Office.

    The parties have and will continue to conduct discovery in this action but would like to postpone depositions until after the mediation session. The parties agree that a mediation session would be more productive than conducting numerous depositions at this time. For this reason, I request, with the consent of Plaintiff, that the deadline to complete fact discovery (mainly conducting depositions) be extended until 30 days after the mediation session is held.

    Thank you for your courtesy.

                                               Respectfully submitted,

                                               Elizabeth E. Schlissel

cc:      All parties of record (via ECF)

                                               So ordered
                                               Sweet
                                               USDJ
                                               6.12.17