UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------

CARLOS PARRA, *individually and on
behalf of others similarly situated*,

              Plaintiff,

   -against-

42-15 235TH STREET HOSPITALITY LLC
(d/b/a SOUTHERN HOSPITALITY BBQ), SHNY
RESTAURANT GROUP LLC (d/b/a SOUTHERN
HOSPITALITY BBQ), and EYTAN SUGARMAN

              Defendant.

------------------------------------

16 Civ. 8079 (RWS)

ORDER OF DISMISSAL



**Sweet, D.J.**

It having been reported to the Court that all claims asserted herein have been settled, it is ORDERED that the above-entitled actions be and are hereby dismissed without costs and without prejudice to the right to reopen within thirty days of the date of this Order if the settlement is not consummated.

Any application to reopen must be filed within thirty days of this Order; any application to reopen filed thereafter may be denied solely on that basis. Furthermore, if the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the same thirty-day period to be "so ordered" by the Court.

Any pending motions are moot. All conferences are vacated. The Clerk of Court is directed to close the cases.

It is so ordered.

New York, NY
September 6, 2017

ROBERT W. SWEET
U.S.D.J.