# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

| | |
|---|---|
| 60 East 42nd Street, Suite 4510 | Telephone: (212) 317-1200 |
| New York, New York 10165 | Facsimile: (212) 317-1620 |
| cmulholland@faillacelaw.com | |

October 24th, 2017

BY ECF
Honorable Robert W. Sweet
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

        Re:    Carlos Parra v. 42-15 235th Street Hospitality LLC, et al.
                 Index No. 16-cv-8079 (RWS)

Your Honor:

       We represent Plaintiffs in the above-referenced matter. I write, with Defendants' consent, to respectfully request an extension of time period in which the parties can make a motion to re-open this matter.

       Currently, this Court issued an Order on September 6th, 2017 closing this case with permission to re-open within thirty days of the order if the settlement agreement cannot be consummated. The parties asked for one prior extension to October 26th, 2017 which was granted.

       The parties have indeed arrived at a settlement agreement ready to be signed but the Defendants have yet to properly execute the agreement.

       With the Court's permission, the parties ask that they be granted until Friday November 10th, 2017 to file a motion to re-open this case, if necessary.

       We thank the Court for its attention to this matter.

                                               Respectfully Submitted,

                                               __/s/Colin Mulholland, Esq.__
                                                Colin Mulholland, Esq.

cc: (By ECF)
Douglas Evan Rowe, Esq.
*Attorneys for Defendants*