UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOS PARRA, individually and on behalf of others similarly situated,<br><br>*Plaintiffs,*<br><br>-against-<br><br>42-15 235th STREET HOSPITALITY LLC, et al,<br><br>*Defendants.* | Case No. 16-cv-8079-RWS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED and agreed, by and between the undersigned attorneys for the parties, that the Complaint and any and all claims that were or could have been asserted in this action by any party are hereby, dismissed in their entirety, with prejudice, and with each party to bear its own costs, expenses, disbursements, and attorneys' fees except as may otherwise be provided for in the parties' settlement agreement.

Dated: December 12, 2017
New York, New York

_____
Colin Mulholland, Esq.
Michael Faillace & Associates, P.C.
60 East 42nd St. Suite 4510
New York, NY 10165
Tel: (212) 317-1200
Email: cmulholland@faillacelaw.com

_____
Douglas E. Rowe, Esq.
Certilman Balin Adler & Hyman, LLP
90 Merrick Avenue, 9th Floor
East Meadow, NY 11554
Tel: 516-296-7000
Email: drowe@certilmanbalin.com

SO ORDERED:
_____
Hon. Robert Sweet
United States District Judge
12-13-17

USDC
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-13-17